THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD MCCORMICK, a/k/a EDWARD L. MCCORMICK, Defendant-Appellant.

(No. 72-255;

. Second District—April 11, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Ralph Ruebner, of Defender Project, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.